*Francis M. Nakamoto*, Deputy Corporation Counsel, for defendants-appellees.

STATE OF HAWAII, Plaintiff-Appellee, *v.* ROY HENRY GOSS, JR., Defendant-Appellant

NO. 6913

MARCH 20, 1979

RICHARDSON, C.J., AND MENOR, J., AND
CIRCUIT JUDGE LUM IN PLACE OF OGATA, J.,
DISQUALIFIED, AND RETIRED JUSTICE MARUMOTO
AND CIRCUIT JUDGE SODETANI
ASSIGNED BY REASON OF VACANCIES

*Per Curiam.* The appellant sought to have his sentence reduced pursuant to Act 188, Session Laws of Hawaii 1975. His request was denied by the circuit court. We reverse and remand for further proceedings consistent with our opinion in *State v. Ortez*, 60 Haw. 107, 588 P.2d 898 (1978).

*Bruce A. Matsunaga*, Deputy Public Defender for defendant-appellant.

*John Tam*, Deputy Prosecuting Attorney for plaintiff-appellee.